IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY HERNANDEZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 17-4381 |
| TEMPLE UNIVERSITY HOSPITAL, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 8th day of January, 2019, upon consideration of Defendant Temple University Hospital's Motion for Summary Judgment (Doc. No. 20), and the briefing in support thereof and in opposition thereto, IT IS HEREBY ORDERED that:

1. Defendant Temple University Hospital's Motion is GRANTED;

2. Judgment is ENTERED against Plaintiff Nancy Hernandez and in favor of Defendant Temple University Hospital; and

3. The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE